PROB 12B
(7/93)

Report Date: March 26, 2009

## United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: David Jimenez                Case Number: 2:08CR06079-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 10/12/2006          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute     Date Supervision Commenced: 8/28/2008
Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and
841(b)(1)(A)

Original Sentence: Prison - 48 Months; TSR - 60   Date Supervision Expires: 8/27/2013
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

### CAUSE

David Jimenez was sentenced by the U.S. Court in the District of Minnesota to 48 months of confinement. Upon his release from imprisonment, he released to the Eastern District of Washington to serve a 3-year term of supervised release. A transfer of jurisdiction of this case was completed on October 14, 2008. Based on the defendant's prior history of controlled substance use and his instant Federal offense, this officer is respectfully recommending the condition for random drug testing of the defendant during his term of supervised release. This condition was discussed with Mr. Jimenez and he agreed to the modification of his supervision conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 26, 2009

                SanJuanita B. Coronado
                SanJuanita B Coronado
                U.S. Probation Officer

RECEIVED
MAR 27 2009
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Prob 12B
Re: Jimenez, David
**March 26, 2009**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

3/27/09
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _SanJuanita B. Coronado_   Signed: _David Jimenez_
SanJuanita B Coronado                  David Jimenez
U.S. Probation Officer                 Probationer or Supervised Releasee

March 26, 2009
Date