PROB 12C
(7/93)

Report Date: August 26, 2009

# United States District Court

### for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 26 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: David Jimenez        Case Number: 2:08CR06079-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 10/12/2006

| | |
|---|---|
| Original Offense: | Conspiracy to Deliver Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To Be Determined | Date Supervision Commenced: | 8/28/2008 |
| Defense Attorney: | To Be Determined | Date Supervision Expires: | 8/27/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: On or about August 25, 2009, Pasco Police Department officers responded to a report of shots being fire around a convenience store located at 1015 W. Lewis Street in Pasco, Washington. The investigation revealed that the defendant and another individual had a verbal argument and the defendant fired over four shots at the victim who was seated in a vehicle at the location. The victim's vehicle had damage from the shots that were fired and officers collected 9mm shell casings at the scene. The defendant fled the scene and his vehicle, a 2006 Chrysler 300, Washington license plate 917 UUR, was later located in a school parking lot. An affidavit of probable cause has been filed under case number 09-37053.

                        This officer attempted to contact the defendant without success. The defendant's whereabouts are currently unknown.

Prob12C
Re: Jimenez, David
August 26, 2009
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 26, 2009

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

James P. Hutton
Signature of Judicial Officer

8/26/2009
Date