PROB 12C
(7/93)

Report Date: May 24, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Jimenez          Case Number: 2:08CR06079-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/12/2006

| | |
|---|---|
| Original Offense: | Conspiracy to Deliver Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To Be Determined |
| Date Supervision Commenced: | 8/28/2008 |
| Defense Attorney: | To Be Determined |
| Date Supervision Expires: | 8/27/2013 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/26/2009.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On or about April 13, 2011, the defendant was charged with third degree assault, second degree escape, and attempting to elude. The new charges were filed in Franklin County Superior Court under case 11-1-50169-7.

A summary of the Pasco Police Department incident reports indicate officers responded to 624 N. Arbutus, Pasco, Washington, in an attempt to serve several outstanding warrants for David Jimenez. An individual who appeared to be the defendant was contacted and he initially provided a false name to the officers. He was recognized as being the defendant and was instructed to put his hands behind his back. He began to run and officers chased him. An officer attempted to block his path and the defendant barreled through the officer knocking him to the ground. The officer hit his head on the concrete, lost consciousness, and needed medical attention. Mr. Jimenez was subsequently caught, handcuffed, and placed into a patrol car.

Prob12C
Re: Jimenez, David
May 24, 2011
Page 2

As officers went to check on the injured officer, the defendant, with the assistance of his girlfriend, exited the patrol car and got into a truck. The defendant was in the drivers seat. Because he was still handcuffed, he was manning only the pedals as his girlfriend worked the steering wheel. They had a 2 week old baby unsecured in the back seat of the truck. Officers pursued his truck, as the defendant drove the vehicle at a high rate of speed to an apartment complex. He exited the truck and ran. A taser was subsequently used, which ended the pursuit. He was booked into the Franklin County Jail for his warrants and the new charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/24/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

5/24/11
Date